No. 80–2120.  Witt et al. v. Harbour, Sheriff, et al. C. A. 4th Cir.  Certiorari denied.  Justice Brennan would grant certiorari.

No. 80–1916.  Richards et al. v. Florida.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.  Justice Brennan, Justice White, and Justice Marshall would grant certiorari.

No. 80–2089.  Petty v. United States.  C. A. 5th Cir. Certiorari denied.  Justice Brennan, Justice White, and Justice Marshall would grant certiorari.

No. 80–1937.  Federal Energy Regulatory Commission v. Public Service Commission of New York et al.;
No. 80–1938.  North Carolina Utilities Commission v. Public Service Commission of New York et al.; and
No. 80–1939.  North Carolina Natural Gas Corp. et al. v. Public Service Commission of New York et al. C. A. D. C. Cir.  Certiorari denied.  Justice Brennan, Justice White, and Justice Blackmun would grant certiorari.  Justice Powell took no part in the consideration or decision of these petitions.

No. 80–1980.  Mitchell v. Secretary of the Army. C. A. D. C. Cir.  Motion of petitioner to defer consideration of petition for certiorari denied.  Certiorari denied.  Justice O'Connor took no part in the consideration or decision of this motion and this petition.

No. 80–2016.  Frackelton v. Swanson et al.  Ct. App. Ohio, Cuyahoga County.  Motion of respondents Gus Swanson and Virginia Swanson for leave to proceed in forma pauperis granted.  Certiorari denied.  Justice O'Connor took no part in the consideration or decision of this motion and this petition.